# EXHIBIT P





EXHIBIT P 582



EXHIBIT P



EXHIBIT P

